UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HALO LIFE, INC.,<br><br>  Defendant. | ECF CASE<br><br>No.: 1:20-cv-05328 (RRM)(RML) |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion and no class action being certified under Fed. R. Civ. P. 23(a) and (b), Plaintiff Olsen hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  March 11, 2021
        New York, New York

                        s/ Christopher H. Lowe
                        Christopher H. Lowe
                        LIPSKY LOWE LLP
                        420 Lexington Avenue, Suite 1830
                        New York, New York 10170-1830
                        doug@lipskylowe.com
                        212.392.4772
                        *Attorneys for Plaintiff*

SO ORDERED
Dated: 6/16/2021
Brooklyn, NY

*S/Roslynn R. Mauskopf*
_____
Roslynn R. Mauskopf, USDJ